Christopher Cooke (Bar No. 142342)
Email: ccooke@ckwlaw.com
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-2370
Fax: (650) 350-4333

Attorneys for Defendants
KELLY NG and THE MORTGAGE FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WALTER NG, KELLY NG, BRUCE HORWITZ AND THE MORTGAGE FUND LLC,<br><br>Defendants, | Case No. 3:13-CV-00895 SC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE COMPLAINT AND CASE MANAGEMENT DEADLINES<br><br>**IT IS SO ORDERED AS MODIFIED** |

## STIPULATION

WHEREAS, plaintiff Securities and Exchange Commission (hereinafter "the Commission" or "Plaintiff") filed a complaint on February 28, 2013 naming Kelly Ng, Walter Ng, Bruce Horwitz and The Mortgage Fund LLC as defendants.

WHEREAS, all defendants have accepted service of the summons and the complaint and their responses to the complaint are presently due on or before Friday, May 3, 2013.

WHEREAS, the parties understand another related action may be filed by the government against the individual defendants for the same activities that have resulted in the Commission's lawsuit against them;

WHEREAS, the parties recognize that the filing of this related action by the government will have a significant impact on the instant action but do not know if such an action will be filed;

WHEREAS, the parties believe it would be more efficient to allow a brief period of time to learn whether that action will be filed before proceeding with this action;

WHEREAS, defendants have not received any previous extensions of time in this case and request a short extension so that they may determine whether criminal charges are likely to be initiated against them;

WHEREAS, the Commission agrees to grant defendants this extension, provided that Defendants agree to file Answers to the Commission's complaint, instead of motions to dismiss, and Defendants agree to this condition;

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. Defendants' time for filing an Answer to the Complaint is hereby extended until Monday, June 3, 2013 (Defendants will not be permitted an extension of time to file a Rule 12(b) motion);

2. The case management deadlines are changed as follows:

   a. the deadlines for the parties to meet and confer regarding this case and to exchange initial disclosures are extended by 30 days;

   b. a joint case management conference statement must be filed with the Court by July 19, 2013; and

2

STIPULATION AND PROPOSED ORDER 3:13-CV-00895-SC

c. the initial case management conference in this case will be on Friday, July ~~12~~ 26, 2013 at 10 a.m.

SO STIPULATED.

Dated: May 1, 2013

/s/
———————————————————
ROBERT L. MITCHELL (CA Bar No. 161354)
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Phone: (415) 705-2500
Fax: (415) 705-2501

Attorneys for Plaintiff
SECURITIES & EXCHANGE COMMISSION

/s/
———————————————————
Christopher Cooke (CA Bar No. 142342)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-2370
Fax: (650) 350-4333

Attorneys for Defendants
KELLY NG and THE MORTGAGE FUND LLC

/s/
———————————————————
Edward W. Swanson (CA Bar No. 159859)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Phone: (415) 477-3800
Fax: (415) 477-9010
Attorneys for Defendant
WALTER NG

STIPULATION AND PROPOSED ORDER 3:13-CV-00895-SC

/s/
_____
Nanci L. Clarence (CA Bar No. 122286)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Phone: (415) 749-1800
Fax: (415) 749-1694

Attorneys for Defendant
BRUCE HORWITZ

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May  6 , 2013

_____
The Hon. Samuel C.
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti