1  Christopher Cooke (Bar No. 142342)
   Email: ccooke@ckwlaw.com
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Phone: (650) 638-2370
4  Fax: (650) 350-4333

5  Attorneys for Defendants
   KELLY NG and THE MORTGAGE FUND LLC
6

7
                    UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  UNITED STATES SECURITIES AND          Case No. 3:13-CV-00895 SC
    EXCHANGE COMMISSION,
12                                         STIPULATION AND ~~PROPOSED~~ ORDER
                        Plaintiff,         RESCHEDULING CASE MANAGEMENT
13          v.                             CONFERENCE

14  WALTER NG, KELLY NG, BRUCE
    HORWITZ AND THE MORTGAGE FUND
15  LLC,

16                      Defendants,

17

18                           **STIPULATION**

19          WHEREAS, the Court has set the initial case management conference for Friday,

20  July 26, at 9 a.m.

21
            WHEREA, counsel for defendants Kelly Ng and the Mortgage Fund LLC has a
22
23  conflict with the date due to a previously scheduled a vacation;

24          WHEREAS, all counsel  have agreed to reschedule the case management

25
    conference to Friday, August 23 and the courtroom deputy has advised that August 23 is open on
26
            NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:
27

28
                                      1

    STIPULATION AND PROPOSED ORDER 3:13-CV-00895-SC

1.      the initial case management conference in this case will be on Friday, August 23, 2013 at 10 a.m. and the joint case management statement shall be due on Friday, August 16.

SO STIPULATED.

Dated: June 25, 2013

/s/

_____
ROBERT L. MITCHELL (CA Bar No. 161354)
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Phone: (415) 705-2500
Fax: (415) 705-2501

Attorneys for Plaintiff
SECURITIES & EXCHANGE COMMISSION

/s/

_____
Christopher Cooke (CA Bar No. 142342)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-2370
Fax: (650) 350-4333

Attorneys for Defendants
KELLY NG and THE MORTGAGE FUND LLC

/s/

_____
Edward W. Swanson (CA Bar No. 159859)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Phone: (415) 477-3800
Fax: (415) 477-9010
Attorneys for Defendant
WALTER NG

2

STIPULATION AND PROPOSED ORDER 3:13-CV-00895-SC

1

2                                                      */s/*
                        _____

3                       Nanci L. Clarence (CA Bar No. 122286)
                        CLARENCE DYER & COHEN LLP
4                       899 Ellis Street
                        San Francisco, CA 94109
5                       Phone: (415) 749-1800
                        Fax: (415) 749-1694
6
                        Attorneys for Defendant
7                       BRUCE HORWITZ

8

9                       [~~PROPOSED~~] ORDER

10

       PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
    Dated: June 26 , 2013
12
                        _____
13                      The Hon. Samuel ...
                        UNITED ... JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                3

STIPULATION AND PROPOSED ORDER 3:13-CV-00895-SC