MICHAEL S. DICKE
JOHN S. YUN (Cal Bar No. 112260)
  yunj@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C-13-CV-00895 SC |
| Plaintiff, | **STIPULATION REGARDING EXPERT WITNESS DISCLOSURE AND DISCOVERY DEADLINES** |
| v. | |
| WALTER NG, KELLY NG, BRUCE HORWITZ, and THE MORTGAGE FUND, LLC | |
| Defendants. | |

In its Status Conference Order of August 23, 2013, the Court failed to specify any pretrial dates for the disclosure of expert witnesses or the completion of expert discovery.  Docket No. 32. Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and Civil Local Rule 6-1(a), plaintiff Securities and Exchange Commission (the "Commission") and defendants Walter Ng, Kelly Ng, Bruce Horwitz and The Mortgage Fund, LLC (collectively, "Defendants") therefore stipulate to the following schedule for expert witness disclosures and discovery in this proceeding:

1.   Each party will have until 5:00 p.m. on Monday, May 12, 2014, to file their designations of case-in-chief expert witnesses with the Court and to email to other counsel the main

Expert Discovery Stipulation
SEC v. Ng, et al.
Case No. 13-cv-00895 SC

1

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

body of the expert reports, plus any non-voluminous schedules.  Each party will also mail a complete copy of the expert report to other counsel by that deadline.

   2.   Deposition discovery of the case-in-chief expert witnesses will be completed by Wednesday, May 28, 2014.

   3.   Each party will have until 5:00 p.m. on Tuesday, May 27, 2014, to file their designations of rebuttal expert witnesses with the Court and to email to other counsel the main body of the expert reports, plus any non-voluminous schedules.  Each party will also mail a complete copy of the expert report to other counsel by that deadline.

   4.   Deposition discovery of the rebuttal expert witnesses will be completed by Wednesday, June 4, 2014.

   5.   All pretrial and trial dates previously set by the Court remain unchanged.

                                                        Respectfully submitted,


DATED:  April 21, 2014          */s/ John S. Yun*
                                John S. Yun
                                Attorney for Plaintiff
                                SECURITIES AND EXCHANGE COMMISSION


DATED:  April 21, 2014          */s/ Christopher Cooke*
                                Christopher Cooke (CA Bar No. 142342)
                                COOKE KOBRICK & WU LLP
                                177 Bovet Road, Suite 600
                                San Mateo, CA 94402
                                Phone: (650) 638-2370
                                Fax: (650) 350-4333
                                Attorneys for Defendants
                                KELLY NG and THE MORTGAGE FUND LLC

Expert Discovery Stipulation
SEC v. Ng, et al.
Case No. 13-cv-00895 SC

2

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

| | | |
|---|---|---|
| 1 | DATED: April 21, 2014 | */s/ Edward W. Swanson* |
| 2 | | Edward W. Swanson (CA Bar No. 159859) |
| | | SWANSON & MCNAMARA LLP |
| 3 | | 300 Montgomery Street, Suite 1100 |
| | | San Francisco, CA 94104 |
| 4 | | Phone: (415) 477-3800 |
| 5 | | Fax: (415) 477-9010 |
| | | Attorneys for Defendant |
| 6 | | WALTER NG |

DATED: April 21, 2014           */s/ Nanci L. Clarence*

Nanci L. Clarence (CA Bar No. 122286)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Phone: (415) 749-1800
Fax: (415) 749-1694
Attorneys for Defendant
BRUCE HORWITZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

04/22/2014

IT IS SO ORDERED

Judge Samuel Conti

Expert Discovery Stipulation
SEC v. Ng, et al.
Case No. 13-cv-00895 SC

3

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500