1 MICHAEL S. DICKE (Cal Bar No. 158187)
JOHN S. YUN (Cal Bar No. 112260)
2   yunj@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
3   schneidere@sec.gov

4 Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5 44 Montgomery Street, Suite 2800
San Francisco, California 94104
6 Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

7

8

9                         UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13

14 SECURITIES AND EXCHANGE COMMISSION,      Case No.  C-13-CV-00895 SC

15               Plaintiff,                 **JOINT NOTICE OF TENTATIVE
                                            SETTLEMENT AND STIPULATION FOR
16        v.                                ORDER TO CONTINUE TRIAL AND
                                            PRETRIAL DATES**
17 WALTER NG, KELLY NG, BRUCE HORWITZ,
and THE MORTGAGE FUND, LLC                  IT IS SO ORDERED AS MODIFIED
18
               Defendants.
19

20                NOTICE OF TENTATIVE SETTLEMENT AND STIPULATION

21        Plaintiff Securities and Exchange Commission (the "Commission") and defendants Walter

22 Ng, Kelly Ng, Bruce Horwitz and The Mortgage Fund, LLC (collectively, "Defendants") hereby

23 inform the Court that they have reached a tentative settlement that covers all parties, all claims and all

24 requests for relief in this action.  Written papers reflecting the terms of the tentative settlement have

25 been signed by all defendants.  The terms of the tentative settlement are subject, however, to approval

26 by the Commissioners of the Securities and Exchange Commission.  This Commission approval

27 process could take as long as sixty days.  In order to prevent burdening the Court with unnecessary

28

Pretrial Dates Stipulation                   1          Securities and Exchange Commission
SEC v. Ng, et al.                                       44 Montgomery Street, Suite 2800
Case No. 13-cv-00895 SC                                 San Francisco, CA 94104
                                                        (415) 705-2500

motions, pretrial and trial proceedings and to avoid forcing the parties to engage in wasteful and expensive motions, pretrial preparations and trial activities while the Commission considers the proposed settlements, the parties have entered into a Stipulation to continue all pretrial and trial dates by approximately ninety days.

Pursuant to Civil Local Rules 6-2 and 7-12, the parties stipulate to continue the current discovery, pretrial and trial dates as follows:

1.      The May 12, 2014 deadline for designating case-in-chief expert witnesses and serving case-in-chief expert reports will be continued to August 12, 2014.

2.      The May 28, 2014 deadline for completing fact discovery and taking the depositions of case-in-chief expert witnesses will be continued to August 29, 2014.

3.      The May 27, 2014 deadline for designating rebuttal expert witnesses and serving rebuttal expert reports will be continued to August 26, 2014.

4.      The June 4, 2014 deadline for completing depositions of rebuttal experts will be continued to September 5, 2014.

5.      The June 20, 2014 deadline for hearing dispositive motions will be continued to September 19, 2014.

6.      The final pretrial conference will be continued from July 10, 2014 to a date at the Court's convenience on or after October 10, 2014.

7.      The trial date of July 28, 2014 will be continued to a date at the Court's convenience on or after October 27, 2014.


Respectfully submitted,


DATED:  April 28, 2014                    */s/ John S. Yun*
                                          John S. Yun
                                          Attorney for Plaintiff
                                          SECURITIES AND EXCHANGE COMMISSION

Pretrial Dates Stipulation
SEC v. Ng, et al.
Case No. 13-cv-00895 SC

2

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

1   DATED:  April 28, 2014                  /s/ Christopher Cooke
2                                           Christopher Cooke (CA Bar No. 142342)
                                            COOKE KOBRICK & WU LLP
3                                           177 Bovet Road, Suite 600
                                            San Mateo, CA 94402
4                                           Phone: (650) 638-2370
                                            Fax: (650) 350-4333
5                                           Attorneys for Defendants
                                            KELLY NG and THE MORTGAGE FUND LLC
6

7

8

9
    DATED:  April 28, 2014                  /s/ Edward W. Swanson
10                                          Edward W. Swanson (CA Bar No. 159859)
                                            SWANSON & MCNAMARA LLP
11                                          300 Montgomery Street, Suite 1100
                                            San Francisco, CA 94104
12                                          Phone: (415) 477-3800
                                            Fax: (415) 477-9010
13                                          Attorneys for Defendant
                                            WALTER NG
14

15

16
    DATED:  April 28, 2014                  /s/ Nanci L. Clarence
17                                          Nanci L. Clarence (CA Bar No. 122286)
                                            CLARENCE DYER & COHEN LLP
18                                          899 Ellis Street
                                            San Francisco, CA 94109
19                                          Phone: (415) 749-1800
                                            Fax: (415) 749-1694
20                                          Attorneys for Defendant
                                            BRUCE HORWITZ
21

22

23

24

25

26

27

28

**ORDER CONTINUING DATES**

The parties having reached tentative written settlements now requiring approval by the Commissioners of the plaintiff Securities and Exchange Commission, the Court finds that there is good cause to continue the current discovery, pretrial and trial dates to avoid wasteful and expensive litigation in this case.  The Court therefore adopts the parties' stipulated dates as follows:

1.      The May 12, 2014 deadline for designating case-in-chief expert witnesses and serving case-in-chief expert reports is continued to August 12, 2014.

2.      The May 28, 2014 deadline for completing fact discovery and taking the depositions of case-in-chief expert witnesses is continued to August 29, 2014.

3.      The May 27, 2014 deadline for designating rebuttal expert witnesses and serving rebuttal expert reports will be continued to August 26, 2014.

4.      The June 4, 2014 deadline for completing depositions of rebuttal experts is continued to September 5, 2014.

5.      The June 20, 2014 deadline for hearing dispositive motions is continued to Friday, September 19, 2014, at 10:00 a.m.

6.      The final pretrial conference is ~~continued from July 10, 2014 to October ___, 2014 at ___ _.m.~~  *vacated*

7.      The trial date of July 28, 2014 is ~~continued to Monday, _____, 2014, at 9:00 a.m.~~  *vacated*

8.      The parties shall promptly notify the Court after the Securities and Exchange Commission acts upon the tentative settlements.

IT IS HEREBY SO ORDERED.

This case is continued to Friday, November 14, 2014, at 10:00 a.m. for status/trial setting.

Dated:  __04/28/2014_____

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

Pretrial Dates Stipulation
SEC v. Ng, et al.
Case No. 13-cv-00895 SC

4

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500